# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DENETTE COLLIER,**

         Plaintiff,

v.

**WHITEHALL POLICE DEPARTMENT, et al.,**

         Defendants.

Case No. 2:23-cv-2656

Judge James L. Graham

Magistrate Judge Kimberly A. Jolson

## ORDER

    This matter is before the Court upon the Magistrate Judge's Report and Recommendation, filed September 15, 2023. ECF No. 4. The Magistrate Judge recommends the case be dismissed without prejudice because Plaintiff purports to bring the action on behalf of her minor child. *Id.* The deadline for filing objections to the Report and Recommendation has passed without any objections from any party. When no objections are timely filed, a district court reviews a magistrate judge's report and recommendation for clear error. Fed. R. Civ. P. 72, advisory committee note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

    The Court finds no clear error and agrees with the Magistrate Judge's Report and Recommendation, ECF No. 4, and **ADOPTS** the same. This case is **DISMISSED** without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

    **IT IS SO ORDERED**.

    *s/James L. Graham*
    JAMES L. GRAHAM
    United States District Judge

DATE: February 28, 2024

1